1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7   SANDRA KAY CABRERA,

8
            Plaintiff,                          No. C 06-3820 PJH
9
         v.                                     **JUDGMENT**
10
   ARAMARK SM MANAGEMENT, INC.,
11
            Defendant.
12   _____/

13          This action came on for hearing before the court and the issues having been duly heard

14   and the court having granted defendant's motion for summary judgment

15          it is Ordered and Adjudged

16          that the complaint is dismissed with prejudice.

17          IT IS SO ORDERED.

18   Dated: July 13, 2007

19
                                               _____
20                                             PHYLLIS J. HAMILTON
                                               United States District Judge
21

22

23

24

25

26

27

28